UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: | Civil No. 05-2548 |
| A.P.I. Inc., | Chapter 11 Case |
| | **ORDER** |
| Debtor. | |

---

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is accepted and incorporated as this Court's Order.

2. Any further action on the appeals filed by Fireman's Fund Insurance Company from the orders entered in this bankruptcy case is hereby stayed, without prejudice to either party's rights, until after the Bankruptcy Court has ruled on the parties' request for approval of their settlement agreement.

3. Either party may inform the Court in writing of the final disposition of the request for approval of the settlement agreement. If the settlement agreement is approved, the appeals shall be dismissed. If the settlement agreement is not approved, the parties shall advise this Court whether a further stay is requested.

Dated: November 15, 2005

s/Richard H. Kyle
Richard H. Kyle
Unites States District Judge